JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALDSON, | Case No.: CV07-05687 GPS (JCx) |
| Plaintiff, | JUDGE: Hon. George P. Schiavelli |
| vs. | **[~~PROPOSED~~] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| LIFE INSURANCE COMPANY OF NORTH AMERICA AND L-3 COMMUNICATIONS CORPORATION LONG TERM DISABILITY PLAN, | |
| Defendants. | |

## [PROPOSED] ORDER

This case is dismissed with prejudice.  It is so ordered.

Dated: February __22__, 2008          <u>GEORGE P. SCHIAVELLI</u>
                                                              Hon. George P. Schiavelli

# PROOF OF SERVICE

**STATE OF CALIFORNIA** ）
）ss.
**COUNTY OF LOS ANGELES** ）

    I am employed in the county of **Los Angeles** State of California. I am over the age of 18 and not a party to the within action; my business address is: 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

    On February 19, 2008 served the foregoing document described as **[PROPOSED] ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** on the interested parties:

    Lisa S. Kantor, Esq.
    Elizabeth K. Green
    KANTOR & KANTOR, LLP
    19839 Nordhoff Street, Suite 1B
    Northridge, CA  91324
    Tel: (818) 886-2525**; Fax: (818) 350-6272**
    *Attorneys for Plaintiff MICHAEL DONALDSON*

    **XX (BY MAIL [State])**  I am readily familiar with WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the date shown below in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing on the date shown below according to WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER's ordinary business practices.

    **XX (FEDERAL COURT)**  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on February 19, 2008**,** at Los Angeles, California.

Ladonna Ellis
Print Name                                                            Signature